UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 12-650 (SRC) |
| ANTHONY BUCKHANA | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Paul J. Fishman,

United States Attorney for the District of New Jersey (Danielle Alfonzo Walsman, Assistant U.S.

Attorney, appearing) and defendant Anthony Buckhana, (Patrick McMahon, Assistant Federal

Public Defender, appearing) having been charged with a violation of 18 U.S.C. Section

922(g)(1), application is hereby made for an order granting a continuance of the proceedings in

the above-captioned matter from August 7, 2012 through October 16, 2012, and the defendant

being aware that he has the right to have this matter submitted to a trial jury within 70 days of the

date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the

defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

(1) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a

speedy trial.

WHEREFORE, IT IS on this $\underline{13}$ day of August, 2012

ORDERED that this action be, and it hereby is, continued from August 7, 2012 through

October 16, 2012.

IT IS FURTHER ORDERED that the period from August 7, 2012 through October 16,

2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

AFPD PATRICK MCMAHON

AUSA DANIELLE ALFONZO WALSMAN