UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ANTHONY BUCKHANA - Crim. No. 12-506 (SRC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Anthony Buckhana**, DOB ~~05/08/1982~~, FBI #436669NB9, is now confined at the **Hudson County Correctional Facility**.

2. Said individual will be required at 50 Walnut Street, Newark, New Jersey, before the Hon. Stanley R. Chesler, U.S. District Judge, on Tuesday, February 5, 2013, at 11:00 a.m., for **Sentencing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 2, 2013

/s/ Danielle Walsman
DANIELLE WALSMAN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: January 2, 2013

Hon. Stanley R. Chesler, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Hudson County Correctional Facility:
WE COMMAND YOU that you have the body of

**Anthony Buckhana**, DOB ~~4/08/1982~~, FBI# 436669NB9,

now confined at the **Hudson County Correctional Facility**, brought before the United States District Court, the Hon. Stanley R. Chesler, U.S. District Judge, in the courthouse at 50 Walnut Street, Newark, on Tuesday, February 5, 2013 at 11:00 a.m., in civilian clothes, so that he may be **Sentenced** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: January 2, 2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk