PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Buckhana                                              Cr.: 12-00506-001
                                                                                PACTS #: 64945

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/06/2013

Original Offense:   Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 53 months imprisonment; 36 months supervised release; $100 special assessment; $1,500 fine

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, No New Debt/Credit

Type of Supervision: Supervised Release             Date Supervision Commenced: 02/04/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You must report to the U.S. Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different U.S. Probation Office or within a different time frame.** |
| | The offender was released from USP Coleman on February 4, 2019, and arrived in the District of New Jersey on February 5, 2019. He failed to report to the probation office or make any efforts to contact the probation office within 72 hours of his arrival. The undersigned officer made several attempts to locate the offender via relatives and community sources. The offender eventually made telephonic contact with the undersigned officer on February 12, 2019, and was directed to report to the probation office on February 13, 2019. |

| | |
|---|---|
| 2 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | Per the directive of the probation officer, the offender reported to the probation office on February 13, 2019. A urine sample taken during the office visit tested positive for alcohol and marijuana via a multi-panel test cup. The offender verbally admitted and signed a Drug Admission form attesting to marijuana use upon his arrival in New Jersey on February 5, 2019. |

**U.S. Probation Officer Action:**

During the office visit on February 13, 2019, the offender was verbally admonished for his failing to report within 72 hours of arrival in the district. He was also reprimanded for arriving to the appointment an hour late. The undersigned officer counseled the offender as to the importance of adhering to schedules and encouraged him to maintain regular contact with the officer. As a response to the illicit drug use, the undersigned officer utilized the STARR skills of Effective Disapproval and Teaching the Cognitive Model. The offender was also advised that the noncompliance would be reported to the Court and that any further noncompliance will lead to sanctions and possible violation proceedings.

At this juncture, it is respectfully requested that no action be taken by the Court. If Your Honor approves, the probation officer will increase urine monitoring for illicit drug use detection and requests that this document be used as an official judicial reprimand.

Respectfully submitted,

*Gisella M. Bassolino/nm*

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 02/20/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time and This Document be Used as a Formal Judicial Reprimand (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

2/21/19
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

LUIS R. GONZALEZ
SUPERVISING U.S. PROBATION OFFICER

DONALD L. MARTENZ, JR.
SUPERVISING U.S. PROBATION OFFICER

KEVIN J. MULLENS
SUPERVISING U.S. PROBATION OFFICER

February 21, 2019

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102

> RE: BUCKHANA, Anthony
> Dkt. No. 12-00506-001
> <u>Notice of Non-Compliance</u>

Dear Judge Chesler:

On February 6, 2013, the above-reference individual was sentenced by Your Honor to 53 months custody and three years supervised release for the offense of felon in possession of a firearm. Buckhana was ordered to pay a $100 Special Assessment fee (not satisfied) and a $1,500 fine ($1,500 balance). He was ordered to abide by the special conditions of alcohol and substance abuse testing and treatment and no new debt. The offender commenced his term of supervised release on February 4, 2019.

As detailed in the attached petition, the offender is noncompliant with the conditions of supervision. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at (973) 445-8120.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Gisella M. Bassolino/nm*

By: Gisella M. Bassolino
U.S. Probation Officer

/gmb
Attachment